**\*E-Filed 12/2/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, et al. | No. C 11-01446 RS |
| Plaintiffs,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| SSA TERMINALS, LLC, et al., | |
| Defendants._____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 1, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

The matter shall be referred to a magistrate judge for any future discovery disputes. On or before August 15, 2012, all non-expert discovery shall be completed. The parties agreed to stipulate to discovery limits.

2. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

1    A.  On or before June 29, 2012, plaintiff shall disclose expert testimony and reports in
2 accordance with Federal Rule of Civil Procedure 26(a)(2).

3    B.  On or before July 20, 2012, defendant shall disclose expert testimony and reports in
4 accordance with Federal Rule of Civil Procedure 26(a)(2).

5    C.  On or before August 10, 2012, all discovery of expert witnesses pursuant to Federal Rule
6 of Civil Procedure 26(b)(4) shall be completed.

7    3.   FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management
8 Conference shall be held on **March 15, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United
9 States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a
10 Joint Case Management Statement at least one week prior to the Conference.

11   4.   PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
12 Civil Local Rule 7.  All pretrial motions shall be heard no later than November 15, 2012.

13   5.   PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and
14 confer to discuss preparation of a joint pretrial statement, and on or before December 20, 2012,
15 counsel shall file a Joint Pretrial Statement.

16   6.   PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January
17 3, 2013, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
18 Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend
19 personally.

20   7.   TRIAL DATE.   Trial shall commence on **January 14, 2013, at 9:00 a.m.**, in
21 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
22 California.

24        IT IS SO ORDERED.

CASE MANAGEMENT SCHEDULING ORDER

DATED: 12/2/11

_____
RICHARD SEEBORG
United States District Judge