# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CITY OF OAKLAND, | No. C 11-1446 YGR (MEJ) |
| Plaintiff, | **ORDER RE: PROTECTIVE ORDER** |
| v. | **Re: Docket No. 62** |
| SSA TERMINALS, LLC., et al., | |
| Defendants. | |

On February 3, 2012, the parties filed a joint discovery dispute letter regarding the scope of a proposed stipulated protective order. Dkt. No. 62. In it, Defendants contend that certain counsel of record for Plaintiff, the Port of Oakland, should not be permitted to review material designated "Attorneys Eyes Only" because they are involved in lease negotiations and/or decision-making for the Port and that disclosure of certain materials to them would be extremely prejudicial. Plaintiff contends that all counsel of record in this action require access and that denial of access is tantamount to disqualifying those members of the Port's trial team. Neither side prevented any legal authority in support of their arguments, but Defendants requested the opportunity for full briefing. Thus, the Court permitted each party to file a supplemental letter of no more than five pages. Dkt. No. 65.

Having received both parties' supplemental letters, (Dkt. Nos. 68, 69), the Court ORDERS as follows: The parties shall meet and confer in person for the purpose of determining whether they are able to stipulate to an exclusion order providing that, for purposes of this action only, any mutually defined category of highly confidential information–not just specific documents, but the category, regardless of source–that SSA is unwilling to allow the Port's in-house counsel of record in this action to access shall be excluded from discovery and trial. If the parties are unable to so stipulate, they shall inform the Court by joint letter.

**IT IS SO ORDERED.**

Dated: February 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge