UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CITY OF OAKLAND,<br><br>    Plaintiff,<br>v.<br><br>SSA TERMINALS, LLC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-1446 YGR (MEJ)<br><br>**SECOND ORDER FOR<br>IN CAMERA REVIEW**<br><br>**Re: Docket Nos. 62, 68, 69, 76, and 85** |

Plaintiff has requested that its outside counsel (Fitzgerald Abbott & Beardsley LLP) be permitted to review and respond to the documents and declaration that Defendant will submit to the Court for an in camera review. Dkt. No. 85. This request is GRANTED and Defendant must provide a copy of the documents and declaration it submits to the Court to Plaintiff's outside counsel by March 30, 2012. Any response from Plaintiff's outside counsel must be submitted to the Court by April 4, 2012.

The Court notes that because one of Plaintiff's in-house counsel (David Alexander) will soon be retiring, the parties may be able to reach a stipulation which allows Mr. Alexander to review the documents at issue for the limited purpose of providing a declaration to the Court that explains why Defendant's position with respect to this issue is incorrect. This declaration should specifically explain why the documents at issue must be reviewed by Donnell Choy rather than Plaintiff's outside counsel. If the parties can reach such an agreement, any declaration from Mr. Alexander, if he wishes to provide one, must also be submitted to the Court by April 4, 2012.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge