**RUSSELL, MIRKOVICH & MORROW**

CARLTON E. RUSSELL
JOSEPH N. MIRKOVICH
MARGARET E. MORROW

ONE WORLD TRADE CENTER
SUITE 1280
LONG BEACH, CALIFORNIA 90831-1280
TELEPHONE (562) 436-9911
FAX (562) 436-1897
E-MAIL COUNSEL@RUMLAW.COM
WEBSITE: RUMLAW.COM

ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

March 29, 2012



GRANTED
Judge Maria-Elena James

**Via U.S. MAIL & E-FILING**
Honorable Magistrate Judge Maria-Elena James
United States District Court, Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re:  City of Oakland v. SSA Terminals, LLC, et al.
<u>Case No. C11-01446-YGR</u>

Dear Judge James:

    Your Order of March 28, 2012 states that documents must be submitted by March 30, 2012, for an in camera review. I understood that to mean that I could overnight the documents as well as any pleadings to the Court on March 30, 2012. However, your Second Order of March 29, 2012, states that I must provide a copy of the documents and declaration to Plaintiff's outside counsel by March 30, 2012.

    My office is in Long Beach and I haven't been able to spend time with my client to prepare a declaration because he was out of his office on Wednesday and today. He will be returning to his office tomorrow. Therefore, I will be unable to provide a copy of the documents and declaration to Plaintiff's outside counsel by March 30, 2012, but I can overnight them to the court and Plaintiff's outside counsel on that date.

    In view of the foregoing, I respectfully request that I be allowed to overnight the documents and pleadings to the court and plaintiff's counsel on March 30, 2012. Thank you.

Very truly yours,

RUSSELL, MIRKOVICH & MORROW

Joseph N. Mirkovich, Esq.

cc:  Donnelle Choy, Esq.
      Richard T. White, Esq.