UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>　　　　Plaintiff-Counterclaim Defendant,<br><br>　　v.<br><br>SSA TERMINALS, LLC, et al.,<br><br>　　　　Defendants-Counterclaimants. | Case No.: 11-01446-YGR<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING REGARDING THE TIDELANDS GRANT** |

　　　A hearing was held on Plaintiff-Counterclaim Defendant City of Oakland's Motion for Summary Judgment of the Counterclaim on April 17, 2012.  Based on issues raised during the hearing, the Court **ORDERS** the parties to provide additional briefing, *no longer than five pages*, regarding the required elements of a discrimination claim under the Tidelands Grant, as alleged in the Counterclaim.  The parties shall provide the legal basis and authority in support of their positions.  Legal authorities that are not easily accessible on Westlaw may be attached as exhibits to the briefing.  However, declarations and other exhibits are not permitted.

　　　The parties are **ORDERED** to submit their additional briefing by Wednesday, April 25, 2012 at 5:00 p.m.  The parties are advised to limit their additional authorities (and volume thereof) to that which is *truly pertinent* and *directly addresses* the issues raised herein.

　　　**IT IS SO ORDERED.**

Dated: April 18, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZÁLEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**