1  MICHELE HEFFES #160733
   ACTING PORT ATTORNEY
2  DONNELL CHOY #85458
   DEPUTY PORT ATTORNEY
3  PORT OF OAKLAND
   530 Water Street, 4th Floor
4  Oakland, California 94607
   Telephone: (510) 627-1346
5

6  RICHARD T. WHITE #58622
   J. BRITTAIN HABEGGER #57192
7  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
8  Oakland, California 94612
   Telephone: (510) 451-3300
9  Facsimile: (510) 451-1527
   Email: rwhite@fablaw.com; bhabegger@fablaw.com
10
   Attorneys for Plaintiff City of Oakland,
11 A Municipal Corporation, Acting By and
   Through Its Board of Port Commissioners
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 | CITY OF OAKLAND, a Municipal          | CASE NO.: C11-01446 YGR
   | Corporation, Acting By and Through Its|
16 | Board of Port Commissioners           | SECOND STIPULATION FURTHER
   |                                       | AMENDING TRIAL-RELATED DATES
17 |        Plaintiff,                     | AND [PROPOSED] ORDER
   |                                       |        AS MODIFIED
18 |    vs.                                |
19 | SSA TERMINALS, LLC, SSA TERMINALS     |
   | (OAKLAND), LLC and DOES 1 through 50, |
20 | inclusive,                            |
21 |        Defendant.                     |
   | SSA TERMINALS, LLC; SSA TERMINALS     |
22 | (OAKLAND), LLC,                       |
23 |        Counterclaimants,              |
24 |    vs.                                |
25 | CITY OF OAKLAND and Does 1 through 10,|
26 |        Counter-Defendants.            |

27

28
                                   1.
       SECOND STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND
            [PROPOSED] ORDER    CASE NO.: C11-01446 YGR
8/13/12 (27492) #472534.2

Plaintiff and Counter-Defendant City of Oakland, a Municipal Corporation, Acting By and Through its Board of Port Commissioners (the "Port") and Defendants and Counter-Claimants SSA Terminals, LLC and SSA Terminals (Oakland), LLC ("SSAT") seek a second order modifying the trial and pretrial scheduling dates in the Stipulation Further Amending Trial-Related Dates and Proposed Order issued on August 1, 2012 (Document 101) ("Further Stipulation"). The grounds for this request are:

1. The parties have been engaged in very active fact discovery in June and July, including 12 fact witness depositions and production of a large number of emails and other documents (including those from third parties).

2. On July 19 and July 20, SSAT served the initial expert reports consisting of more than 350 total pages of material from five expert witnesses.

3. In the previous proposed timetable for the rebuttal reports and the response to rebuttal reports in the Further Stipulation, the parties did not have complete information about their experts' respective availability, including long-scheduled vacation commitments and scheduled surgery.

4. The parties have now determined that these issues regarding expert availability require a modest extension of dates set out in the Further Stipulation

5. Counsel for the parties in this action and in the FMC action have agreed on a proposed schedule for submission to the Court. The proposed schedule does not affect the January 14, 2013 trial date. However, it does affect the timing of the Case Management Conference in this action, currently set for October 15, 2012.

6. Under the proposed new schedule the expert disclosure and discovery cutoff would be as follows:

    a) Disclosure of case-in-chief experts and reports on July 20, 2012 (occurred);

    b) Disclosure of rebuttal experts and reports moved from August 27, 2012 to September 10, 2012;

      c)    Deadline for responsive reports to rebuttal experts moved from September 17, 2012 to October 5, 2012;

      d)    Close of all discovery moved from October 12, 2012 to November 2, 2012;

7. In light of this request, counsel also request that the Case Management Conference in this Action be reset from Monday, October 15, 2012 to Monday, November ~~12~~ **19**, 2012 or as soon thereafter as is convenient for the Court (Port counsel unavailable November 20 through 27). The January 14, 2013 trial date would remain as scheduled.

8. The parties in this matter jointly request by this stipulation the proposed dates set forth above be adopted by this Court. Counsel in the FMC action are making a similar request for uniform pre-trial dates to conform to this proposal.

Respectfully,

Dated: August 13, 2012

FITZGERALD ABBOTT & BEARDSLEY LLP

By /s/ Richard T. White
Richard T. White
Attorneys for Plaintiff and Counter-Defendant

Dated: August 13, 2012

RUSSELL, MIRKOVICH & MORROW

By /s/ Joseph N. Mirkovich
Joseph N. Mirkovich
Attorneys for Defendants and Counterclaimants
SSA Terminals, LLC and SSA Terminals (Oakland), LLC

IT IS SO ORDERED

Dated: August 15, 2012

/s/ Yvonne Gonzales Rogers
Yvonne Gonzales Rogers
United States District Judge

**SEE ABOVE MODIFICATION RE: CMC DATE**

3.
SECOND STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND [PROPOSED] ORDER   CASE NO.: C11-01446 YGR

8/13/12 (27492) #472534.2