UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>　　　　Plaintiff-Counterclaim Defendant,<br><br>　　v.<br><br>SSA TERMINALS, LLC, et al.,<br><br>　　　　Defendants-Counterclaimants. | Case No.: 11-01446-YGR<br><br>**ORDER REGARDING FOURTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES** |

　　The Court has received the parties' Fourth Stipulation Further Amending Trial-Related Dates. (Dkt. No. 110.) The Court does not have any available dates in the three months following the currently-scheduled January 14, 2013 trial date. The parties' request for a trial continuance and to extend the close of discovery is hereby **DENIED**. If the parties would like a trial continuance, the Court encourages them to consent to the jurisdiction of a magistrate judge who can guarantee their desired trial date. Counsel are ordered to discuss this option with their clients, and then the parties shall meet and confer regarding same. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges. When the parties meet and confer, the parties also must discuss the parties' availabilities for alternate trial dates.

　　The parties' request to extend the deadline for responsive reports to rebuttal experts until December 7, 2012 is **GRANTED**. The Case Management Conference on November 19, 2012 will proceed as scheduled. This Order terminates Dkt. No. 110.

　　**IT IS SO ORDERED.**

Dated: October 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**