UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CITY OF OAKLAND, | No. C 11-1446 YGR (MEJ) |
| Plaintiff, | **DISCOVERY ORDER** |
| v. | **Re: Docket No. 113** |
| SSA TERMINALS, LLC., et al., | |
| Defendants. | |

Pending before the Court is the parties' joint discovery dispute letter, filed November 16, 2012. Dkt. No. 113. Upon review of the parties' letter, the Court ORDERS as follows:

1) The protective order in this case shall be expanded to include Deborah S. Ballati of Farella Braun + Martell LLP among the persons who may view "Attorneys Eyes Only" material.

2) The Port's request to include "auditors, insurers or sureties" is too broad. Accordingly, if either party finds it necessary to permit a specific auditor, insurer or surety to view the material, the parties shall meet and confer in compliance with the undersigned's discovery standing order and, if unable to reach an agreement, file a joint letter.

**IT IS SO ORDERED.**

Dated: November 19, 2012

Maria-Elena James
Chief United States Magistrate Judge