UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SSA TERMINALS, LLC, et al.,<br><br>    Defendants-Counterclaimants. | Case No.: 11-01446-YGR<br><br>**ORDER REGARDING FIFTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES** |

The Court has reviewed the parties' Fifth Stipulation Further Amending Trial-Related Dates. (Dkt. No. 115.) Per the parties' request, the Court will hold a status conference on <u>Monday, December 17, 2012 at 4:00 p.m.</u> to discuss the issues raised therein. Trial counsel shall appear in person.

**IT IS SO ORDERED.**

Dated: December 14, 2012

                                                                                                                    _____<br>
                                                                                               **YVONNE GONZALEZ ROGERS**<br>
                                                                                    **UNITED STATES DISTRICT COURT JUDGE**