MICHELE HEFFES #160733
ACTING PORT ATTORNEY
DONNELL CHOY #85458
DEPUTY PORT ATTORNEY
PORT OF OAKLAND
530 Water Street, 4th Floor
Oakland, California  94607
Telephone:  (510) 627-1346

RICHARD T. WHITE #58622
J. BRITTAIN HABEGGER #57192
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com; bhabegger@fablaw.com

Attorneys for Plaintiff City of Oakland,
A Municipal Corporation, Acting By and
Through Its Board of Port Commissioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>            Plaintiff,<br><br>    vs.<br><br>SSA TERMINALS, LLC, SSA TERMINALS (OAKLAND), LLC and DOES 1 through 50, inclusive,<br><br>            Defendant. | CASE NO.: C11-01446 YGR<br><br>**SIXTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND [PROPOSED] ORDER** |
| SSA TERMINALS, LLC; SSA TERMINALS (OAKLAND), LLC,<br><br>            Counterclaimants,<br><br>    vs.<br><br>CITY OF OAKLAND and Does 1 through 10,<br><br>            Counter-Defendants. | |

1.
SIXTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND
[PROPOSED] ORDER   CASE NO.: C11-01446 YGR
12/19/12 (27492) #490962.2

After conference with the Court and counsel on December 17, 2012, Plaintiff and Counter-Defendant City of Oakland, a Municipal Corporation, Acting By and Through its Board of Port Commissioners (the "Port"), and Defendants and Counter-Claimants SSA Terminals, LLC, and SSA Terminals (Oakland), LLC ("SSAT"), seek a fifth order modifying the trial and pretrial scheduling dates in the Order Regarding Fourth Stipulation Further Amending Trial-Related Dates dated October 29, 2012 ("Fourth Order," Document 111), and the Civil Minutes issued following a telephone conference between the Court and counsel held on November 7, 2012 ("Minutes," Document 112) as follows:

1.  The pre-trial and trial dates set forth in the Fourth Order (Document 111) and Minutes (Document 112) are vacated.

2.  The following new dates apply:

    (a)   the trial date will be set on not less than three weeks' notice from the Court on or after May 3, 2013, with Jury Selection to occur when the Court designates;

    (b)   close of all discovery on February 22, 2013;

    (c)   the pretrial conference, exchange of exhibits, pretrial conference motions and statements, and the filing of all trial documents be rescheduled as follows:

- March 29   Exchange trial exhibits and Motions in Limine [MIL]
- April 5    Last day to meet and confer re Joint Pretrial Statement
- April 12   File Joint Pretrial Conference Statement
- April 19   File opposition to MILs
- April 26   File all trial documents [Proposed Order re Stipulations, Witness Lists, Expert Witness Lists, Exhibit Lists, Discovery Excerpts, Jury Instructions, Joint Statement of Case, Voir Dire List and Proposed Verdict Forms]

/ / /

/ / /

2.

SIXTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND [PROPOSED] ORDER   CASE NO.: C11-01446 YGR

12/19/12 (27492) #490962.2

- May 3   Pre-Trial Conference

Dated: December _____, 2012     Respectfully,

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
    Richard T. White
    Attorneys for Plaintiff and Counter-Defendant

Dated: December _____, 2012     RUSSELL, MIRKOVICH & MORROW

By _____
    Joseph N. Mirkovich
    Attorneys for Defendants and Counterclaimants
    SSA Terminals, LLC and SSA Terminals
    (Oakland), LLC

ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED**. This Order terminates Dkt. Nos. 115 & 117.

Dated: December 19, 2012     _____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

3.
SIXTH STIPULATION FURTHER AMENDING TRIAL-RELATED DATES AND
[PROPOSED] ORDER   CASE NO.: C11-01446 YGR

12/19/12 (27492) #490962.2