1  DANNY WEI WAN #168323
   PORT ATTORNEY
   DONNELL CHOY #85458
2  DEPUTY PORT ATTORNEY
   PORT OF OAKLAND
3  530 Water Street, 4th Floor
   Oakland, California  94607
4  Telephone:  (510) 627-1346

5

6  RICHARD T. WHITE #58622
   J. BRITTAIN HABEGGER #57192
7  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
   Oakland, California  94612
8  Telephone: (510) 451-3300
   Facsimile: (510) 451-1527
9  Email: rwhite@fablaw.com; bhabegger@fablaw.com

10 Attorneys for Plaintiff City of Oakland,
   A Municipal Corporation, Acting By and
11 Through Its Board of Port Commissioners

12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SSA TERMINALS, LLC, SSA TERMINALS (OAKLAND), LLC and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | CASE NO.: C11-01446 YGR<br><br>**STIPULATION TO REMOVE EXHIBITS C AND E TO THE WHITE DECLARATION FROM THE PUBLIC DOCKET, AND [PROPOSED] ORDER** |
|---|---|
| SSA TERMINALS, LLC; SSA TERMINALS (OAKLAND), LLC,<br><br>　　　　Counterclaimants,<br><br>　　vs.<br><br>CITY OF OAKLAND and Does 1 through 10,<br><br>　　　　Counter-Defendants. | |

1.
STIPULATION TO REMOVE EXHIBITS C AND E TO THE WHITE DECLARATION
FROM THE PUBLIC DOCKET, AND [PROPOSED] ORDER CASE NO.: C11-01446
YGR

4/17/13 (27492) #515472.1

1  Plaintiff and Counter-Defendant City of Oakland, a Municipal Corporation, Acting
2  By and Through its Board of Port Commissioners (the "Port"), and Defendants and
3  Counter-Claimants SSA Terminals, LLC, and SSA Terminals (Oakland), LLC ("SSAT")
4  hereby stipulate as follows:
5  WHEREAS SSAT has designated the documents attached as Exhibits C and E to
6  the Declaration of Richard T. White in Support of Plaintiff and Counterdefendant's
7  Motions in Limine 1-5 ("White Declaration") (Docket No. 142) as "Highly Confidential"
8  and "Attorney's Eyes Only", pursuant to the Protective Order in this case;
9  WHEREAS on April 12, 2013, the Port inadvertently filed Exhibits C and E to the
10 White Declaration in the Court's docket, which is open to public view;
11 WHEREAS on April 15, 2013, the Port filed its Administrative Motion to File
12 Under Seal (Docket No. 147) as to Exhibits C and E to the White Declaration;
13 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that
14 Exhibits C and E to the White Declaration be removed from the Court's docket, pending
15 the Court's ruling on the Administrative Motion to File Under Seal.

Respectfully,

Dated: April ____, 2013         FITZGERALD ABBOTT & BEARDSLEY LLP

                                By _____
                                    Richard T. White
                                    Attorneys for Plaintiff and Counter-Defendant

Dated: April ____, 2013         RUSSELL, MIRKOVICH & MORROW

                                By _____
                                    Joseph N. Mirkovich
                                    Attorneys for Defendants and Counterclaimants
                                    SSA Terminals, LLC and SSA Terminals
                                    (Oakland), LLC

2.
STIPULATION TO REMOVE EXHIBITS C AND E TO THE WHITE DECLARATION
FROM THE PUBLIC DOCKET, AND [PROPOSED] ORDER CASE NO.: C11-01446
YGR

4/17/13 (27492) #515472.1

# ORDER

The parties' request is **DENIED** to the extent that docket entries cannot be "removed" from the Court's docket. The Court understands the documents at issue have already been locked at the request of the parties, such that they are not publicly-available. These documents may remain locked pending the outcome of the related motion to seal.

This Order terminates Dkt. No. 149.

**IT IS SO ORDERED.**

Dated:  April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

3.
STIPULATION TO REMOVE EXHIBITS C AND E TO THE WHITE DECLARATION FROM THE PUBLIC DOCKET, AND [PROPOSED] ORDER CASE NO.: C11-01446 YGR

4/17/13 (27492) #515472.1