UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, Acting By and Through Its Board of Port Commissioners,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>SSA TERMINALS, LLC, et al.,<br><br>    Defendants-Counterclaimants. | Case No.: 11-01446-YGR<br><br>**ORDER VACATING PRE-TRIAL CONFERENCE AND TERMINATING ALL PENDING MOTIONS** |

Pursuant to the Court's discussions with the parties at the telephonic status conference on May 28, 2013, the Court hereby **VACATES** the pre-trial conference scheduled for May 30, 2013. All pending motions are **TERMINATED** pending re-scheduling of the pre-trial conference, at which time the parties may re-notice any outstanding motions without re-filing.

**IT IS SO ORDERED.**

Dated: May 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**